# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES LLC, and VERIZON ONLINE LLC,<br><br>    Defendants. | C.A. No. 2:22-cv-394-JRG<br><br>**JURY TRIAL DEMANDED** |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES LLC, and VERIZON ONLINE LLC,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>GENERAL ACCESS SOLUTIONS, LTD.,<br><br>    Counterclaim Defendant. | C.A. No. 2:22-cv-394-JRG<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants submit the following Corporate Disclosure Statement.

Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Business Global LLC, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, and Verizon Online LLC are wholly-owned subsidiaries, either directly or indirectly, of Verizon Communications Inc.  Verizon Communications Inc. is a publicly held company.  No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc

| | |
|---|---|
| Date: December 16, 2022 | */s/ Katherine Q. Dominguez*<br>Katherine Q. Dominguez (lead attorney)<br>kdominguez@gibsondunn.com<br>Josh A. Krevitt<br>jkrevitt@gibsondunn.com<br>Brian A. Rosenthal<br>brosenthal@gibsondunn.com<br>Sung Bin Lee<br>slee3@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Jaysen S. Chung<br>jschung@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8271<br>Facsimile: (415) 374-8405<br><br>Andrew W. Robb<br>arobb@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1881 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 849-5334<br>Facsimile: (650) 849-5034<br><br>Ashbey N. Morgan<br>anmorgan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 698-3112<br>Facsimile: (214) 571-2910<br><br>Deron R. Dacus<br>**THE DACUS FIRM, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>Phone: (903) 705-1117<br>Email: ddacus@dacusfirm.com |

*Attorneys for Defendants and Counterclaim Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, the foregoing was electronically filed and served via the Court's electronic filing system on all counsel who have consented to electronic service.

/s/ Katherine Q. Dominguez