IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES LLC, and VERIZON ONLINE LLC,<br><br>Defendants. | C.A. No. 2:22-394-JRG |

**AGREED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT VERIZON COMMUNICATIONS INC.**

Plaintiffs and Defendants hereby jointly move to dismiss Defendant Verizon Communications Inc. from the action pursuant to Federal Rule of Civil Procedure 21. Plaintiff and Defendants have agreed to dismiss Verizon Communications Inc. without prejudice and without costs pursuant to Rule 21 on the grounds that it is not a proper party to the action.

The parties agree that the caption should be revised as follows:

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES LLC, and VERIZON ONLINE LLC, <br><br> Defendants. | C.A. No. 2:22-394-JRG |

2

Dated: January 19, 2023

| | |
|---|---|
| */s/ Katherine Q. Dominguez* | */s/ Glen E. Summers* |
| Katherine Q. Dominguez (lead attorney) | Glen E. Summers (CO Bar No. 30635) |
| (NY Bar No. 4741237) | LEAD ATTORNEY |
| kdominguez@gibsondunn.com | Nosson D. Knobloch (CO Bar No. 42134) |
| Josh A. Krevitt (NY Bar No. 2568228) | **BARTLIT BECK LLP** |
| jkrevitt@gibsondunn.com | 1801 Wewatta Street, Suite 1200 |
| Brian A. Rosenthal (NY Bar No. 3961380) | Denver, CO 80202 |
| brosenthal@gibsondunn.com | Telephone: (303) 592-3100 |
| Sung Bin Lee (NY Bar No. 5701099) | glen.summers@bartlitbeck.com |
| slee3@gibsondunn.com | nosson.knobloch@bartlitbeck.com |
| **GIBSON, DUNN & CRUTCHER LLP** | |
| 200 Park Avenue | Michael J. Valaik (IL Bar No. 6276086) |
| New York, NY  10166-0193 | **BARTLIT BECK LLP** |
| Telephone:  212.351.4000 | 54 West Hubbard Street, Suite 300 |
| Facsimile:  212.351.4035 | Chicago, IL 60654 |
| | Telephone: (312) 494-4400 |
| Jaysen S. Chung (CA Bar No. 280708) | michael.valaik@bartlitbeck.com |
| jschung@gibsondunn.com | |
| **GIBSON, DUNN & CRUTCHER LLP** | T. John Ward, Jr. (TX Bar No. 00794818) |
| 555 Mission Street | Charles Everingham IV (TX Bar No. 00787447) |
| San Francisco, CA 94105-0921 | Andrea L. Fair (TX Bar No. 24078488) |
| Telephone: (415) 393-8271 | **WARD, SMITH & HILL, PLLC** |
| Facsimile: (415) 374-8405 | 1507 Bill Owens Pkwy. |
| | Longview, TX 75604 |
| Andrew W. Robb (CA Bar No. 291438) | Tel: (903) 757-6400 |
| arobb@gibsondunn.com | jw@wsfirm.com |
| **GIBSON, DUNN & CRUTCHER LLP** | ce@wsfirm.com |
| 1881 Page Mill Road | andrea@wsfirm.com |
| Palo Alto, CA 94304 | |
| Telephone: (650) 849-5334 | *Attorneys for Plaintiff General Access Solutions, Ltd.* |
| Facsimile: (650) 849-5034 | |
| | |
| Ashbey N. Morgan (TX Bar No. 24106339) | |
| anmorgan@gibsondunn.com | |
| **GIBSON, DUNN & CRUTCHER LLP** | |
| 2001 Ross Avenue, Suite 2100 | |
| Dallas, TX 75201 | |
| Telephone: (214) 698-3112 | |
| Facsimile: (214) 571-2910 | |
| | |
| Deron R. Dacus (TX Bar No. 00790553) | |
| **THE DACUS FIRM, P.C.** | |
| 821 ESE Loop 323, Suite 430 | |

Tyler, Texas 75701
Phone: (903) 705-1117
Email: ddacus@dacusfirm.com

*Attorneys for Defendants and Counterclaim Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, the foregoing was electronically filed and served via the Court's electronic filing system on all counsel who have consented to electronic service.

*/s/Katherine Q. Dominguez*
