# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES LLC, and VERIZON ONLINE LLC, <br><br> Defendants, <br><br> ERICSSON, INC., <br><br> Intervenor-Defendant. | Case No. 2:22-cv-00394 JRG <br><br> JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to the Court's First Amended Docket Control Order entered May 25, 2023 (Dkt. 55) and the Patent Local Rules for the Eastern District of Texas ("Patent Rules" or "P.R."), Plaintiff General Access Solutions, Ltd. ("General Access") and Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Business Global LLC, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, and Verizon Online LLC (collectively, "Verizon") and Intervenor-Defendant Ericsson, Inc. (collectively, "Defendants") hereby submit their Joint Claim Construction and Prehearing Statement.

**I.       Construction of Claim Terms on Which the Parties Agree**

The parties have agreed to withdraw multiple terms, but have not reached agreement on any terms for construction.

## II. Disputed Claim Terms/Phrases

See Exhibit A for a chart showing the parties' proposed constructions with intrinsic and extrinsic evidence supporting such constructions.[1] All parties reserve the right to rely upon any intrinsic or extrinsic evidence identified by any other party, and any evidence obtained through claim construction discovery. In addition, each party reserves the right to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by any other party, or for other good cause.

## III. Anticipated Length of Time for Claim Construction Hearing

The Claim Construction Hearing is set to begin at 9:00 a.m. in Marshall, Texas before Judge Rodney Gilstrap on December 12, 2023. The parties believe that no more than three (3) hours should be necessary for a claim construction hearing.

## IV. Anticipated Witnesses at the Claim Construction Hearing

No party will call any live witnesses at the claim construction hearing.

## V. Other Issues to be Addressed at a Prehearing Conference Prior to the Claim Construction Hearing

At this time, the parties are not aware of any other issues that might be appropriately addressed at a prehearing conference prior to the Claim Construction Hearing.

Dated:  September 19, 2023

Respectfully submitted,

By: */s/ Glen E. Summers w/permission Andrea Fair*
Glen E. Summers (CO Bar No. 30635)
LEAD ATTORNEY
Nosson D. Knobloch (CO Bar No. 42134)
Sten A. Jernudd (Colorado Bar No. 58402)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
glen.summers@bartlitbeck.com
nosson.knobloch@bartlitbeck.com

---

[1] Because GAS has not accused any Ericsson product or service of infringing the '794 Patent, Ericsson provides this disclosure only with respect to the '931 Patent.

2

sten.jernudd@bartlitbeck.com

Michael J. Valaik (IL Bar No. 6276086)
**BARTLIT BECK LLP**
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
michael.valaik@bartlitbeck.com
T. John Ward, Jr. (TX Bar No. 00794818)
Charles Everingham IV (TX Bar No. 00787447)
Andrea L. Fair (TX Bar No. 24078488)
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Telephone: (903) 757-6400
jw@wsfirm.com
ce@wsfirm.com
andrea@wsfirm.com

*Attorneys for Plaintiff General Access Solutions, Ltd.*

/s/ *Katherine Q. Dominguez w/permission Andrea Fair*
Katherine Q. Dominguez (NY Bar No. 4741237)
LEAD ATTORNEY
kdominguez@gibsondunn.com
Josh A. Krevitt (NY Bar No. 2568228)
jkrevitt@gibsondunn.com
Brian A. Rosenthal (NY Bar No. 3961380)
brosenthal@gibsondunn.com
Sung Bin Lee (NY Bar No. 5701099)
slee3@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY  10166-0193
Telephone:  (212) 351-4000

Jaysen S. Chung (CA Bar No. 280708)
jschung@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Telephone: (415) 393-8271

Andrew W. Robb (CA Bar No. 291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road

3

Palo Alto, CA 94304
Telephone: (650) 849-5334

Ashbey N. Morgan (TX Bar No. 24106339)
anmorgan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3112

Deron R. Dacus (TX Bar No. 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117

*Attorneys for Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Business Global LLC, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, and Verizon Online LLC (collectively, "Verizon")*

*/s/ Douglas M. Kubehl w/permission Andrea Fair*
Douglas M. Kubehl (TX Bar No. 00796909)
doug.kubehl@bakerbotts.com
Jeffery S. Becker (TX Bar No. 24069354)
jeff.becker@bakerbotts.com
Melissa L. Muenks (TX Bar No. 24097442)
melissa.muenks@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile:   (214) 953-6503

*Attorneys for Intervenor-Defendant Ericsson, Inc.*

## CERTIFICATE OF SERVICE

  Pursuant to Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that a copy of the foregoing document was served via ECF to all counsel of record.

                */s/ Andrea Fair*
                Andrea Fair