## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES LLC, and VERIZON ONLINE LLC, <br><br> Defendants, <br><br> ERICSSON INC., <br><br> Intervenor-Defendant.. | Case No. 2:22-cv-00394-JRG |

### P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART

Pursuant to P.R. 4-5(d) and the Amended Docket Control Order, Plaintiff General Access

Solutions, Ltd. ("General Access") and Defendants Cellco Partnership d/b/a Verizon Wireless,

Verizon Services Corp., Verizon Business Global LLC, Verizon Business Network Services LLC,

Verizon Corporate Services Group Inc., Verizon Data Services LLC, and Verizon Online LLC

(collectively, "Verizon") and Intervenor-Defendant Ericsson Inc. ("Ericsson") hereby serve this

joint claim construction chart.

The claim construction chart attached as **Exhibit A** shows the disputed claim terms with

separate columns for each party's proposed construction. The claim terms are found in U.S. Patent

No. 7,230,931 ("the '931 Patent") and U.S. Patent No. 9,426,794 ("the '794 Patent"), which are

asserted against Verizon.  In addition, with respect to the preambles of the asserted claims of the

'931 Patent, the parties have reached the following agreements:

- the parties do not dispute the preambles of claims 1, 19, 28, and 29 are limiting in their entirety;

- the parties do not dispute that with respect to "a transceiver…" recited in the preamble of claim 1, "a" means "one or more";

- the parties do not dispute that with respect to "base stations capable of bidirectional time division duplex (TDD) communication with wireless access devices disposed at a plurality of subscriber premises…" recited in the preamble of claim 1 (and for the corresponding language recited in the preamble of claim 19), the language only requires that the base stations be capable of communicating with those recited wireless access devices but it does not require that they actually do so.

Dated: November 29, 2023

Respectfully submitted,

*/s/Glen E. Summers by perm. Andrea L. Fair*
Glen E. Summers (CO Bar No. 30635)
LEAD ATTORNEY
Nosson D. Knobloch (CO Bar No. 42134)
Sten A. Jernudd (CO Bar No. 58402)
Giovanni Sanchez* (DC Bar No. 1672009)
*Not yet admitted to practice in Colorado

BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
glen.summers@bartlitbeck.com
nosson.knobloch@bartlitbeck.com
sten.jernudd@bartlitbeck.com
giovanni.sanchez@bartlitbeck.com

Michael J. Valaik (IL Bar No. 6276086)
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
michael.valaik@bartlitbeck.com

T. John Ward, Jr. (TX Bar No. 00794818)
Charles Everingham IV (TX Bar No. 00787447)
Andrea L. Fair (TX Bar No. 24078488)
WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Telephone: (903) 757-6400
jw@wsfirm.com
ce@wsfirm.com
andrea@wsfirm.com

*Attorneys for Plaintiff General Access Solutions, Ltd.*

*/s/Katherine Q. Dominguez by perm. Andrea L. Fair*
Katherine Q. Dominguez (NY Bar No. 4741237)
LEAD ATTORNEY
kdominguez@gibsondunn.com
Josh A. Krevitt (NY Bar No. 2568228)
jkrevitt@gibsondunn.com
Brian A. Rosenthal (NY Bar No. 3961380)
brosenthal@gibsondunn.com
Sung Bin Lee (NY Bar No. 5701099)
slee3@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000

Jaysen S. Chung (CA Bar No. 280708)
jschung@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: (415) 393-8271

Andrew W. Robb (CA Bar No. 291438)
arobb@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5334

Ashbey N. Morgan (TX Bar No. 24106339)
anmorgan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3112

3

Deron R. Dacus (TX Bar No. 00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117

*Attorneys for Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Business Global LLC, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, and Verizon Online LLC (collectively, "Verizon")*

/s/ Douglas M. Kubhel by perm. Andrea L. Fair

Douglas M. Kubehl (TX Bar No. 00796909)
doug.kubehl@bakerbotts.com
Jeffery S. Becker (TX Bar No. 24069354)
jeff.becker@bakerbotts.com
Melissa L. Muenks (TX Bar No. 24097442)
melissa.muenks@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile:   (214) 953-6503

*Attorneys for Intervenor-Defendant Ericsson Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that a

copy of the foregoing document was filed via the Court's CM/ECF system on November 29, 2023,

which will send a notification of such filing to all counsel of record.

                                        */s/ Glen E. Summers by perm. Andrea L. Fair*
                                        Glen S. Summers