# EXHIBIT A

# EXHIBIT A

| U.S. Patent No. 7,230,931 |||| 
|---|---|---|---|
| **Claim Term, Clause, or Phrase** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** | **Court's Construction** |
| [1]". . . transmit path circuitry associated with a beam forming network capable of transmitting directed scanning beam signals each directed to substantially only **wireless access devices** within a different one of a plurality of sectors of a cell site associated with said first base station, wherein said transmit path circuitry transmits, at a start of a TDD frame, a broadcast beam signal to **wireless access devices** within more than one of said sectors, the broadcast beam signal comprising a start of frame field, and . . ."[2]<br><br>(all claims) | Plain and ordinary meaning. | "fixed, externally-mounted wireless access devices" | |

---

[1] Because of the reoccurrence of disputed terms throughout multiple claims, the parties submit only exemplary disputed claims with the relevant disputed terms in bold type.

| U.S. Patent No. 7,230,931 ||||
|---|---|---|---|
| **Claim Term, Clause, or Phrase** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** | **Court's Construction** |
| "For use in a **wireless access network** comprising a plurality of base stations, each of said plurality of base stations capable of bidirectional time division duplex (TDD) communication with wireless access devices disposed at a plurality of subscriber premises in an associated cell site of said **wireless access network**, a transceiver associated with a first of said plurality of base stations comprising: . . ." (all claims) | Plain and ordinary meaning. | "fixed wireless access network" | |

| **U.S. Patent No. 7,230,931** ||||
|---|---|---|---|
| **Claim Term, Clause, or Phrase** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** | **Court's Construction** |
| "For use in a wireless access network comprising a plurality of base stations, each of said plurality of base stations capable of bidirectional time division duplex (TDD) communication with wireless access devices disposed at a plurality of **subscriber premises** in an associated cell site of said wireless access network, a transceiver associated with a first of said plurality of base stations comprising: . . ."<br><br>(all claims) | Plain and ordinary meaning. | "subscriber buildings or places in a building" | |

| U.S. Patent No. 7,230,931 ||||
|---|---|---|---|
| **Claim Term, Clause, or Phrase** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** | **Court's Construction** |
| ". . . transmit path circuitry associated with a beam forming network capable of transmitting directed scanning beam signals each directed to substantially only wireless access devices within a different one of a plurality of **sectors** of a cell site associated with said first base station, wherein said transmit path circuitry transmits, at a start of a TDD frame, a broadcast beam signal to wireless access devices within more than one of said **sectors**, the broadcast beam signal comprising a start of frame field, and subsequently transmits, in a downlink portion of said TDD frame, first downlink data traffic to substantially only wireless access devices within one of said **sectors** using one of said directed scanning beam signals." (all claims) | Plain and ordinary meaning.<br><br>Alternatively, "a portion of the geographic area around the cell site." | "areas covering predefined arcs around the cell site, each covered by a different antenna(s)."<br><br>A sector cannot be "the area covered by any one directed scanning beam." | |

| U.S. Patent No. 7,230,931 ||||
|---|---|---|---|
| **Claim Term, Clause, or Phrase** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** | **Court's Construction** |
| ". . . a broadcast beam signal to wireless access devices within more than one of said sectors, the broadcast beam signal comprising a **start of frame field**, and subsequently transmits, in a downlink portion of said TDD frame, first downlink data traffic to substantially only wireless access devices within one of said sectors using one of said directed scanning beam signals."<br><br>(all claims) | No construction necessary.<br><br>Alternatively, "a field used to indicate the start of a frame" | "The field entitled Start-of-Frame (SOF) Field that is used to indicate the start of a frame" | |
| "The transceiver as set forth in claim 1 wherein said transmit path circuitry transmits, **in said downlink portion of said TDD frame**, second downlink data traffic to substantially only wireless access devices within an other of said sectors using an other of said directed scanning beam signals."(all claims) | No construction necessary. | "in the same downlink portion of the same TDD frame" | |

5

| U.S. Patent No. 9,426,794 |||| 
|---|---|---|---|
| **Claim Term, Clause, or Phrase** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** | **Court's Construction** |
| "A **wireless communication device**, comprising: a first wireless transceiver operable to communicate with a base station, wherein the base station communicates with the first wireless transceiver and a plurality of other **wireless communication devices** according to a wide area wireless communication protocol; and . . ." (claims 1, 6) | No construction necessary. | "wireless device[s] in a fixed wireless access communication system" | |
| "A wireless communication device, comprising: a **first wireless transceiver operable to communicate with a base station**, wherein the base station communicates with the first wireless transceiver and a plurality of other wireless communication devices according to a wide area wireless communication protocol; and . . ." (claims 1, 6) | No construction necessary. | "a first fixed-site wireless transceiver operable to communicate with a fixed-site base station." | |

| U.S. Patent No. 9,426,794 |||||
|---|---|---|---|
| **Claim Term, Clause, or Phrase** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** | **Court's Construction** |
| ". . . where in the second transceiver monitors first signal characteristics of the second downlink signal of the first mobile station and monitors second signal characteristics of the second mobile station, and based on the first signal characteristics and the second characteristics, **routes information to the first mobile station and the second mobile station, respectively**."<br><br>"…based on the first signal characteristics and the second characteristics, **routing**, using the second transceiver, **information to the first mobile station and the second mobile station, respectively**."<br><br>(claims 1, 6) | No construction necessary. | "[Selects / selecting] a network path over which information is to be transmitted to the first mobile station and [selects / selecting] a network path over which information is to be transmitted to the second mobile station, respectively" | |