# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES LLC, and VERIZON ONLINE LLC, <br><br> Defendants, <br><br> ERICSSON, INC., <br><br> Intervenor-Defendant. | Case No. 2:22-cv-00394 JRG <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff General Access Solutions, Ltd. ("General Access") and Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Business Global LLC, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, and Verizon Online LLC (collectively, "Verizon") and Intervenor-Defendant Ericsson, Inc. (collectively, "Defendants") (the "Parties") respectfully request short extensions to some of the upcoming deadlines as outlined in the attached proposed order.

The Pretrial Conference in this case was previously scheduled for May 20, 2024, but has been re-scheduled to May 28, 2024. Dkt. 192. In advance of that conference, and in accord with the Docket Control Order, the parties have been diligently working to prepare the Joint Pretrial Order, Joint Proposed Verdict Form, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations, that are currently due on May 13, 2024. While substantial progress has been made by

each side, the parties need additional time to meet and confer regarding many of these filings, including additional time to ensure the parties comply with the Court's Standing Order on the Number and Use of Pre-Admitted Exhibits. Accordingly, the parties are requesting a one-week extension on the deadline to file the Joint Pretrial Order, Joint Proposed Verdict Form, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations. This extension, if granted, would match the timeline of the previous schedule (with these filings being submitted a week before the Pretrial Conference) and would not disturb any other deadline in the case. Because the parties' coordination would benefit from a short extension, and because no other deadlines will be impacted, the parties respectfully submit that good cause exists for the proposed extension.

Also, to be clear, while the parties are **not** seeking an extension on the May 13, 2024 deadline to file response to Motions *In Limine*, the parties **do** seek to extend the deadline for the parties to meet and confer on any outstanding motions *in limine* and the corresponding deadline to advise the Court of any agreements reached.

For the forgoing reasons, the Parties respectfully request that this Court grant this Motion and enter the amended DCO reflecting the extended deadlines in the table above.

Dated:  May 10, 2024                    Respectfully submitted,

By: */s/ Glen E. Summers*
Glen E. Summers (CO Bar No. 30635)
LEAD ATTORNEY
Nosson D. Knobloch (CO Bar No. 42134)
Giovanni J. Sanchez (CO Bar No. 59696)
Taylor Kelson (CO Bar No. 56910)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
glen.summers@bartlitbeck.com
nosson.knobloch@bartlitbeck.com
giovanni.sanchez@bartlitbeck.com

taylor.kelson@bartlitbeck.com

Michael J. Valaik (IL Bar No. 6276086)
**BARTLIT BECK LLP**
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
michael.valaik@bartlitbeck.com

*Of counsel:*
T. John Ward, Jr. (TX Bar No. 00794818)
Charles Everingham IV (TX Bar No. 00787447)
Andrea L. Fair (TX Bar No. 24078488)
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Telephone: (903) 757-6400
jw@wsfirm.com
ce@wsfirm.com
andrea@wsfirm.com

*Attorneys for Plaintiff General Access Solutions, Ltd.*

*/s/ Katherine Q. Dominguez w/permission Glen E. Summers*
Katherine Q. Dominguez (NY Bar No. 4741237)
LEAD ATTORNEY
kdominguez@gibsondunn.com
Josh A. Krevitt (NY Bar No. 2568228)
jkrevitt@gibsondunn.com
Brian A. Rosenthal (NY Bar No. 3961380)
brosenthal@gibsondunn.com
Sung Bin Lee (NY Bar No. 5701099)
slee3@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000

Jaysen S. Chung (CA Bar No. 280708)
jschung@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Telephone: (415) 393-8271

3

Andrew W. Robb (CA Bar No. 291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5334

Ashbey N. Morgan (TX Bar No. 24106339)
anmorgan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3112

Deron R. Dacus (TX Bar No. 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117

*Attorneys for Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Business Global LLC, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, and Verizon Online LLC (collectively, "Verizon")*

*/s/ Douglas M. Kubehl w/permission Glen E. Summers*
Douglas M. Kubehl (TX Bar No. 00796909)
doug.kubehl@bakerbotts.com
Jeffery S. Becker (TX Bar No. 24069354)
jeff.becker@bakerbotts.com
Melissa L. Muenks (TX Bar No. 24097442)
melissa.muenks@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile:  (214) 953-6503

*s/ Michael C. Deane w/permission Glen E. Summers*
Michael C. Deane (GA Bar No. 498195)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000

4

Facsimile: (404) 881-7777

*Attorneys for Intervenor-Defendant Ericsson, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that a copy of the foregoing document was served via ECF to all counsel of record.

*/s/ Glen E. Summers*
Glen E. Summers

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is jointly requested.

*/s/ Glen E. Summers*
Glen E. Summers