# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES LLC, and VERIZON ONLINE LLC, <br><br> Defendants, <br><br> ERICSSON, INC., <br><br> Intervenor-Defendant. | Case No. 2:22-cv-00394 JRG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S TRIAL WITNESS LIST**

Plaintiff, General Access Solutions, Ltd., pursuant to the Court's Docket Control Order entered in this case, submits this Trial Witness List for identification and categorization of trial witnesses. At this time, Plaintiff identifies the following witnesses for trial:

|  | WITNESS, employer, topic of testimony | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | **Paul Struhsaker**, former Raze, information regarding background to the invention of the patents in suit, and conception and reduction to practice; also background of Raze and the business efforts that led to the development of the patents in suit. | | Live or by deposition | |
| 2. | **Michael "Skip" Hynek**, former Raze/General Access, background and history of General Access and predecessors, including efforts to develop technology and commercial products by Raze related to the invention of the patents in suit, engagements with RSL, ICAP and other subject matter experts that would have informed the hypothetical negotiation. | | Live or by deposition | |
| 3. | **Dr. Vijay Madisetti**, expert, infringement and related testing, validity, benefits of the invention, lack of non-infringing alternatives, *see also* expert reports. | Live | | |
| 4. | **David Kennedy**, expert, damages, *see also* expert report. | Live | | |
| 5. | **Andreas Groehn**, expert, survey, *see also* expert report. | | Live | |
| 6. | **John Grabner**, former Navini, Navini system and related background, *see also* deposition designations. | | Live or by Deposition | |

|  | WITNESS, employer, topic of testimony | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 7. | **Mark Goode**, former MobileStar Networks, MobileStar "System and related background, *see also* deposition designations. |  | Live or by Deposition |  |
| 8. | **Louis Ambio**, Verizon, Verizon's accused network, data relevant to extent of infringement and damages, willfulness, *see also* deposition designations. |  | Live or by Deposition |  |
| 9. | **Cindy Dong**, Verizon, Verizon's accused network, data relevant to extent of infringement and damages, willfulness, *see also* deposition designations. |  | Live or by Deposition |  |
| 10. | **Aldrich Gamboa**, Verizon, Verizon's accused products, data relevant to extent of infringement and damages, willfulness, *see also* deposition designations. |  | Live or by Deposition |  |
| 11. | **Neer Gupta**, Verizon, Verizon's accused network and products, data relevant to extent of infringement and damages, willfulness, *see also* deposition designations. |  |  | Live or by Deposition |
| 12. | **Frank Jager**, Verizon, Verizon's accused network and products, data relevant to extent of infringement and damages, willfulness, *see also* deposition designations. |  | Live or by Deposition |  |
| 13. | **David Wolff**, Verizon, Verizon's accused network and products, data relevant to extent of infringement and damages, willfulness, *see also* deposition designations. |  | Live or by Deposition |  |
| 14. | **Yako Yako**, Verizon, Verizon's accused network and products, data relevant to extent of infringement and damages, willfulness, *see also* deposition designations. |  | Live or by Deposition |  |

|  | WITNESS, employer, topic of testimony | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 15. | **Andrew Youtz**, Verizon, Verizon's accused network and products, data relevant to extent of infringement and damages, willfulness, *see also* deposition designations. |  | Live or by Deposition |  |
| 16. | **Steven Rice**, Verizon, Verizon's accused network and products, data relevant to extent of infringement and damages, willfulness. |  | Live or by Deposition |  |
| 17. | **Fredrik Athley**, Ericsson, knowledge related to extent of infringement, *see also* deposition designations. |  | Live or by Deposition |  |
| 18. | **Lindsay Beall**, Ericsson, data relevant to extent of infringement and damages, *see also* deposition designations. |  | Live or by Deposition |  |
| 19. | **Paul Challoner**, Ericsson, data relevant to extent of infringement and damages, willfulness, *see also* deposition designations. |  |  | Live or by Deposition |
| 20. | **Sebastian Faxer**, Ericsson, Verizon's accused network and products, data relevant to extent of infringement and damages, willfulness, *see also* deposition designations. |  | Live or by Deposition |  |
| 21. | **Daniel Fortes**, Ericsson, Verizon's accused network and products, data relevant to extent of infringement and damages, willfulness, *see also* deposition designations. |  | Live or by Deposition |  |
| 22. | **Ryan Wirtz**, Ericsson, Verizon's accused network and products, data relevant to extent of infringement and damages, willfulness, *see also* deposition designations. |  |  | Live or by Deposition |

| | WITNESS, employer, topic of testimony | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 23. | **Fredric Kronestedt**, Ericsson, U.S. Patent No. 5,838,674 and related background, *see also* deposition designations. | | | Live or by Deposition |
| 24. | **Sidharth Sibal**, Verizon, Verizon's accused network and products, data relevant to extent of infringement and damages, willfulness. | | | Live or by Deposition. |
| 25. | Any witness included on Defendants' witness list. | | Live or by Deposition | |

To the extent a witness is not available to offer live testimony, General Access may present deposition testimony for each such respective witness irrespective of whether the witness is designated as may call by deposition.

Plaintiff submits this witness list without waiving any of its rights, including the right to supplement or amend the list. Plaintiff also may call as a witness any person identified on the witness list submitted by Defendants. Plaintiff also may call witnesses not included on this list in rebuttal. The inclusion of witnesses on this list is subject to Plaintiff's motions to exclude, Plaintiff's motions in *limine*, and other pre-trial motions.

| | |
|---|---|
| Dated: May 15, 2024 | Respectfully submitted, |

/s/ *Glen E. Summers*
Glen E. Summers (CO Bar No. 30635)
LEAD ATTORNEY
Nosson D. Knobloch (CO Bar No. 42134)
Giovanni J. Sanchez (CO Bar No. 59696)
Taylor Kelson (CO Bar No. 56910)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
glen.summers@bartlitbeck.com
nosson.knobloch@bartlitbeck.com
giovanni.sanchez@bartlitbeck.com
taylor.kelson@bartlitbeck.com

Michael J. Valaik (IL Bar No. 6276086)
**BARTLIT BECK LLP**
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
michael.valaik@bartlitbeck.com

T. John Ward (TX Bar No. 00794818)
Charles Everingham IV (TX Bar No. 00794818)
Andrea L. Fair (TX Bar No. 24078488)
**WARD SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, Texas 75604
Telephone: (903) 757-6400
jw@wsfirm.com
ce@wsfirm.com
andrea@wsfirm.com

*Attorneys for Plaintiff General Access Solutions, Ltd.*

## CERTIFICATE OF SERVICE

    Pursuant to Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that a copy of the foregoing document was served via email to all counsel of record.

*/s/ Glen E. Summers*
Glen E. Summers