# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES LLC, and VERIZON ONLINE LLC, <br><br> Defendants, <br><br> ERICSSON, INC., <br><br> Intervenor-Defendant. | C.A. No. 2:22-394-JRG <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' NOTICE PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282(c), Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Business Global LLC, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, and Verizon Online LLC (collectively, "Verizon") and Intervenor-Defendant Ericsson, Inc. ("Ericsson") provide this notice (the "Section 282 Notice") to Plaintiff General Access Solutions, Ltd. of patents, publications, other prior art, and witnesses upon which Verizon and Ericsson may rely to establish the invalidity and the state of the art as to U.S. Patent Nos. 7,230,931 (the "'931 patent") and 9,426,794 (the "'794 patent") (together, the "Asserted Patents").

Verizon and Ericsson have already provided the requisite notice through the pleadings and documents filed or served over the course of this litigation, including but not limited to its answer to the complaint, initial disclosures, invalidity contentions, expert reports, discovery responses, fact and expert depositions, trial exhibit lists, trial witness lists, and all documents cited or relied upon therein (collectively, the "Prior Notice"). These pleadings and documents comprising the Prior Notice include the information that Section 282 requires with respect to the patents, publications, other prior art, and witnesses upon which Verizon and Ericsson intend to rely to establish the invalidity and the state of the art as to the asserted claims of the Asserted Patents. Verizon and Ericsson therefore incorporate by reference that Prior Notice into this Section 282 Notice as if fully set forth herein. For the same reason, Verizon and Ericsson incorporate by reference into this Section 282 Notice all prior art cited or otherwise contained in the prosecution records of the applications that issued as the Asserted Patents, as well as any related applications that were filed in the United States or world.

In addition, Verizon and Ericsson identify the following patents, publications, other prior art, and trial witnesses who may testify in connection with Verizon and Ericsson's contentions as to invalidity of the Asserted Patents.

**I.     Prior Art**

    **A.     Patents, Patent Publications, or Patent Applications**

| Country | Patent / Publication / Application No. | Date Filed / Published / Issued | Name of Patentee / Applicant |
|---|---|---|---|
| U.S. | U.S. Patent No. 5,838,674 | November 17, 1998 | Forssén |
| U.S. | U.S. Patent Publication No. 2002/0021684 | February 21, 2002 | Toshimitsu |
| U.S. | U.S. Patent No. 10,820,312 | October 27, 2020 | Struhsaker |
| U.S. | U.S. Patent No. 9,379,916 | June 28, 2016 | Struhsaker |
| U.S. | U.S. Patent No. 6,094,421 | January 21, 1997 | Scott |
| U.S. | U.S. Patent No. 6,470,177 | October 22, 2002 | Andersson et al. |
| U.S. | U.S. Patent No. 7,366,133 | April 29, 2008 | Ahy |

| Country | Patent / Publication / Application No. | Date Filed / Published / Issued | Name of Patentee / Applicant |
|---|---|---|---|
| U.S. | U.S. Provisional App. No. 60/262,698 | January 19, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/262,708 | January 19, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/262,712 | January 19, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/262,824 | January 19, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/262,825 | January 19, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/262,826 | January 19, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/262,827 | January 19, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/262,951 | January 19, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/262,955 | January 19, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/263,097 | January 19, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/263,101 | January 19, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/270,378 | February 21, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/270,385 | February 21, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/270,430 | March 5, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/273,579 | March 5, 2001 | Struhsaker |
| U.S. | U.S. Provisional App. No. 60/273,757 | March 5, 2001 | Struhsaker |
| U.S. | U.S. Patent Appl. No. 11/982,424 | October 31, 2007 | Struhsaker |
| U.S. | U.S. Patent Appl. No. 09/839,499 | April 20, 2001 | Struhsaker |
| U.S. | U.S. Patent No. 7,346,347 | March 18, 2008 | Struhsaker |
| U.S. | U.S. Patent No. 6,374,078 | April 16, 2002 | Williams |
| U.S. | U.S. Patent Appl. No. 13/567,978 | August 6, 2012 | Struhsaker |
| U.S. | U.S. Patent No. 9,225,555 | December 29, 2015 | Struhsaker |
| U.S. | U.S. Patent No. 6,122,260 | September 19, 2000 | Liu |
| U.S. | U.S. Patent No. 6,496,535 | December 17, 2002 | Xu |

| Country | Patent / Publication / Application No. | Date Filed / Published / Issued | Name of Patentee / Applicant |
|---|---|---|---|
| U.S. | U.S. Patent No. 6,304,560 | October 16, 2001 | Archambaud |

B.    **Other Prior Art**

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| Navini Ripwave System | n/a | n/a |
| MobileStar System | n/a | n/a |
| IEEE 802.11 (1999) | VZNGAS1004777 | VZNGAS1005304 |
| IEEE 802.11a (1999) | VZNGAS1005305 | VZNGAS1005394 |
| IEEE 802.11b (1999) | VZNGAS1005395 | VZNGAS1005490 |
| "Performance analysis of an adaptive OFDM packet data system," Proceedings of the 2000 International Zurich Seminar on Broadband Communications, February 15–17, 2000 ("Baum") | | |
| 11/1999 U. Vornefeld et al., SDMA Techniques for Wireless ATM, IEEE Communications Magazine 52 ("Vornefeld")[1] | VZNGAS0002232 | VZNGAS0002237 |
| SkyFire Beam Forming/Smart Antenna White Paper | GA0014070 | GA0014074 |
| AT&T_RAZE_TECH_081902.ppt | GA0014998 | GA0015055 |
| Raze Technologies – Electronic Assembly Manufacturer Qualification Profile Template | GA0000393 | GA0000408 |
| Raze Technologies – MMDS and UNII Antenna Specifications (Raze PN: 11-00000145) | GA0006246 | GA0006256 |
| Raze Technologies – SkyFire System & Advanced Processing Overview | GA0002404 | GA0002408 |
| Response to Clearwire Technologies' Request for Information For Fixed Broadband Wireless Access Systems Operating in the ITFS/MMDS Frequency Band | GA0004639 | GA0004735 |

---

[1] Per with the *Sotera* stipulation in connection with IPR2023-00978, Verizon (and Ericsson) will not rely on Vornefeld to prove that the '931 Patent is invalid as obvious. However, Verizon and Ericsson reserve the right to rely on Vornefeld to the extent necessary to establish the state of the art relevant to their other invalidity defenses or ineligibility contentions.

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| WestEnd BroadBand – Air Interface Specification | GA0005411 | GA0005498 |
| WestEndBroadBand – Business Plan …Bandwidth changes everything | GA0087213 | GA0087272 |
| WestEndBroadBand – Air Interface Specification | GA0133336 | GA0133423 |
| Raze Technologies – Unlicensed Informational Infrastructure Band Radio Specification 1/2/2001 | GA0007976 | GA0008003 |
| Raze Technologies - Paul Struhsaker Weekly Report 3/23/2001 | GA0003374 | GA0003374 |
| IEEE 802.16.3c-01/31r1 (March 6, 2001) | GA0004868 | GA0004892 |
| Arunabha Ghosh, Jun Zhang, Jeffrey G. Andrews, and Rias Muhamed, Fundamentals of LTE, (Pearson Education, 2010) | VZNGAS_003001920 | VZNGAS_003002308 |
| https://www.3gpp.org/dynareport/Meetings-R1.htm (last accessed Feb. 6, 2024) | | |
| https://www.3gpp.org/specifications-groups/specifications-groups (last accessed Feb. 6, 2024) | | |
| http://www.3gpp.org/technologies/keywords-acronyms/104-w-cdma (last accessed January 18, 2020) | VZNGAS_003001901 | VZNGAS_003001902 |
| http://www.3gpp.org/technologies/keywords-acronyms/104-w-cdma (last accessed January 18, 2020) | | |
| https://www.ieee802.org/16/tg1/index.html | VZNGAS_003002308 | VZNGAS_003002312 |
| https://ieee802.org/16/arc/802-16list2/msg00338.html | VZNGAS_003002385 | VZNGAS_003002386 |
| https://www.ieee802.org/16/tge/index.html | VZNGAS_003002313 | VZNGAS_003002384 |
| Jeffrey G. Andrews, Arunabha Ghosh, and Rias Muhamed, Fundamentals of WiMAX Understanding broadband wireless networking, (Pearson Education 2007) | VZNGAS_003001430 | VZNGAS_003001900 |

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| R1-051290, R1-051568, R1-060755, R1-061099, R1-061641, R1-062448, R1-063013, R1-063613, R1-070633, R1-071245w, R1-071768, R1-072001, R1-072646, R1-073815, R1-073896 | | |
| LTE Rel 8 2009 | | |
| LTE Rel 10 2011 | | |
| LTE Rel 11 2013 | | |
| LTE Rel 13 2016 | | |
| What Will 5G Be?, Jeffrey G. Andrews, Stefano Buzzi, Wan Choi, Stephen Hanly, Angel Lozano, Anthony C.K. Soong, Jianzhong Charlie Zhang, IEEE JSAC Special Issue on 5G Wireless Communication Systems, pp. 1-6, May 12, 2014 | VZNGAS_003001903 | VZNGAS_003001919 |
| The History of WiFi, https://getvoip.com/history-of-wifi/ | VZNGAS0003182 | VZNGAS0003216 |
| "Definitions," 1999 MobileStar Web Archive | VZNGAS0000455 | VZNGAS0000455 |
| Navini 3/9/01 Presentation | GRABNER0000174 | GRABNER0000268 |
| Navini Ripwave CPE Pictures | GRABNER0000353 | GRABNER0000355 |
| SuperComm Tradeshow Pictures | GRABNER0000356 | GRABNER0000359 |
| Sprint Trial Picture | GRABNER0000360 | GRABNER0000360 |
| Navini CPE Picture | GRABNER0000173 | GRABNER0000173 |
| SuperComm Trip Report | GA0053007 | GA0053011 |
| SuperComm Article | VZNGAS_003000336 | VZNGAS_003000337 |
| Product Trial Results | GRABNER0000002 | GRABNER0000086 |
| Telecom Trends Article | GA0054347 | GA0054374 |
| Ripwave Base Station (RBS) | GRABNER0000001 | GRABNER0000001 |
| Theodore S. Rappaport, WIRELESS COMMUNICATIONS: PRINCIPLES AND PRACTICE, ch. 8 (2d ed. 1996) | VZNGAS_003002406 | |
| Technology Architecture Product Sprint Trial | GRABNER0000269 | GRABNER0000351 |
| Adaptive Antennas for GSM and TDMA Systems by Soren Anderson, Bo Hagerman, Henrik | ERICSSON-GAS(VZ)00076575 | ERICSSON-GAS(VZ)00076587 |

6

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| Dam, Ulf Forssen, Jonas Karlsson, Fedric Kronestedt, and Sara Mazur | | |
| Adaptive Antennas in Frequency Hopping GSM by Fredric Kronestedt and Soren Andersson | ERICSSON-GAS(VZ)00076565 | ERICSSON-GAS(VZ)00076569 |
| Adaptive Antenna Arrays for GSM900/DCS1800 by Ulf Forssen, Jonas Karlsson, Bjorn Johannisson, Magnus Almgren, Fredrik Lotse and Fredric Kronestedt | ERICSSON-GAS(VZ)00076555 | ERICSSON-GAS(VZ)00076559 |
| Antenna Arrays for TDMA Personal Communication Systems by Ulf Forssen, Fredric Kronestedt, Jonas Karlsson, Magnus Almgren, and Soren Anderson | ERICSSON-GAS(VZ)00076570 | ERICSSON-GAS(VZ)00076574 |
| Migration of Adaptive Antennas Into Existing Networks by Fredric Kronestedt and Soren Andersson | ERICSSON-GAS(VZ)00076560 | ERICSSON-GAS(VZ)00076564 |
| Radio Network Performance for Indoor Cellular System by Fredric Kronestedt, Manus Frodigh, Kenneth Wallstedt | ERICSSON-GAS(VZ)00076550 | ERICSSON-GAS(VZ)00076554 |
| Hesse, B., RBS 2000 – The new generation of GSM 900, DCS 1800 and PCS 1900 radio base stations, 73 ERICSSON REVIEW 136, No. 4 1996 at 138 (1996), https://www.ericsson.com/4ac5c2/assets/local/about-ericsson/ericsson-history/lmereview/documents/da2011-35597-ericsson_review_vol_73_1996.pdf | ERICSSON-GAS(VZ)01051483 | ERICSSON-GAS(VZ)1051670 |
| Reissue Application Declaration By the Assignee | ERICSSON-GAS(VZ)01035988 | ERICSSON-GAS(VZ)01035991 |
| Attorney Docket No. WEST14-00148: In the Claims:… | ERICSSON-GAS(VZ)01035995 | ERICSSON-GAS(VZ)01036002 |
| Attorney Docket No. WEST14-00148: In the Claims:… | ERICSSON-GAS(VZ)01036153 | ERICSSON-GAS(VZ)01036160 |
| Office Action Summary – Applicant: P. Struhsaker | ERICSSON-GAS(VZ)01036027 | ERICSSON-GAS(VZ)01036052 |
| Ericsson Internal Implementation Description 11.22.2023 | ERICSSON-GAS(VZ)01035364 | ERICSSON-GAS(VZ)01035546 |
| Competitive Analysis | GA0057088 | GA0057125 |
| Raze Presentation | GA0014998 | GA0015055 |

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| 802.16.3 Full IEEE Interim Session March 11-15 2002 | GA0134463 | GA0134467 |
| 802.16a IEEE Interim meeting notes | GA0135310 | GA0135315 |
| Follow on Standards Activities for IEEE 802.16a | GA0043602 | GA0043604 |
| Clearwire RFI Response | GA0004639 | GA0004735 |
| Alamouti, S. M. 1998. "A simple transmit diversity scheme for wireless communications." | VZNGAS1009674 | VZNGAS1009681 |
| P. W. Wolniansky, G. J. Foschini, G. D. Golden and R. A. Valenzuela, "V-BLAST: An Architecture for Realizing Very High Data Rates Over the Rich-Scattering Wireless Channel," 1998 URSI Int'l Symposium on Signals, Systems, and Electronics | VZNGAS_003003046 | VZNGAS_003003051 |
| IEEE 802.16.3c-01/31r1 | GA0004868 | GA0004937 |
| 802.16a Enhancement Ad Hoc Report 11 July 2002 | GA0043582 | GA0043585 |
| SkyBeam Paper | GA0014070 | GA0014098 |
| 802.16.3 Full IEEE Interim Session March 11-15 2002 | GA0134463 | GA0134467 |
| Raze Device Photo | GA0117792 | GA0117792 |
| Raze Roadshow Slides | GA0037389 | GA0037393 |
| March 23, 2001 Weekly Report | GA0003374 | GA0003374 |
| February 23, 2002 Weekly Report | GA0039969 | GA0039969 |
| March 23, 2002 Weekly Report | GA0040066 | GA0040067 |
| April 26, 2002 Weekly Report | GA0014775 | GA0014775 |
| Raze Technologies - Statement of Work For Anntron, Inc. | GA0014343 | GA0014346 |
| Multi-Beam Antenna Development Status Report January 2002 | GA0014349 | GA0014351 |
| RFM Digital Hardware Verification To Do List 06/26/2002 | GA0065290 | GA0065294 |
| Weekly Report – Kirk Griffin 03/30/2001; 07/27/2001; 09/21/2001; 11/09/2001 | GA0014246, GA0003965, GA0004286, GA0004591 | GA0014247; GA0003966; GA0004287; GA0004599 |
| MobileStar Internet Archive | VZNGAS0000434 | VZNGAS0000434 |
| MobileStar Internet Archive | VZNGAS0000436 | VZNGAS0000437 |

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| MobileStar Internet Archive | VZNGAS0000441 | VZNGAS0000441 |
| MobileStar Internet Archive | VZNGAS0000439 | VZNGAS0000439 |
| Information week, "Clear signals for wireless LANs," Oct. 11, 1999 | VZNGAS_003000005 | VZNGAS_003000008 |
| Business Wire "MobileStar Network Adds 50th Public Access Hotel," Nov. 8, 1998 | VZNGAS_003000046 | VZNGAS_003000047 |
| WSJ Article | VZNGAS0000044 | VZNGAS0000046 |
| Dallas Morning News, "Texas Firm Installing Wireless Internet Service in 3,000 Starbucks Cafes" Feb. 20, 2001 | VZNGAS_003000247 | VZNGAS_003000248 |
| Marketing Computers, "MobileStar to Land in Starbucks," Mar. 2001 | VZNGAS_003000209 | VZNGAS_003000210 |
| The Wall Street Journal, "IBM to Install MobileStar Access Points," Apr. 12, 2001 | VZNGAS_003000175 | VZNGAS_003000175 |
| Network's Broadband Wireless Internet Service To the Test at Vortex 2000 Conference," May 24, 2000 | VZNGAS_003000176 | VZNGAS_003000176 |
| American Airlines Agreement dated Apr. 17, 1998 | MSGAS_0002274 | MSGAS_0002291 |
| Hilton Agreement dated Oct. 8, 1998 | MSGAS_0002292 | MSGAS_0002316 |
| American Airlines Letter of Intent dated Jan. 27, 1998 | MSGAS_0002317 | MSGAS_0002321 |
| SABRE Group Agreement dated Dec. 31, 1997 | MSGAS_0002322 | MSGAS_0002354 |
| Sheraton Agreement dated Feb. 1, 1998 | MSGAS_0002355 | MSGAS_0002374 |
| Holiday Hospitality Pre-Commercial Service PAL Agreement dated Apr. 7, 1998 | MSGAS_0002375 | MSGAS_0002383 |
| Starbucks Master Agreement dated Dec. 20, 2000 | MSGAS_0002384 | MSGAS_0002459 |
| March 9, 2001 Weekly Report | GA0041218 | GA0041221 |
| Presentation to IBM Technology Board dated May 31, 2000 | MSGAS_0000192 | MSGAS_0000258 |
| Brenner 1996 | VZNGAS0002621 | VZNGAS0002644 |
| MobileStar Business Diaries | MSGAS_0000377 | MSGAS_0002273 |
| Mobile Star Service and Opportunity Description | MSGAS_0000167 | MSGAS_0000183 |

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| ARINC Press Release dated July 20, 2000 | MSGAS_0000001 | MSGAS_0000003 |
| August 2000 Press Release | MSGAS_0000053 | MSGAS_0000054 |
| Mobile Star Service and Opportunity Description | MSGAS_0000167 | MSGAS_0000183 |
| MobileStar Summary | MSGAS_0000259 | MSGAS_0000333 |
| 1998 Internet Archive, "What is the MobileStar Network?" | VZNGAS0000442 | VZNGAS0000453 |
| Foschini 1998 | VZNGAS_003003046 | VZNGAS_003003051 |
| Raze Two-Tier Architecture White Paper | GA0040938 | GA0040955 |

II.     Persons To Be Identified Under 35 U.S.C. § 282(c)

| Name | Address |
|---|---|
| John Grabner | 4103 Arrow Wood Rd. Cedar Park, TX 78613 |
| Mark Goode | 3015 Chadbourne Rd., Shaker Heights, OH 44120 |
| Jeffrey Andrews | 805 Columbus St., Austin, TX 78704 |
| Frederic Kronestedt | Torshamnsgatan 21 Kista Stockholm 164 83 Sweden |

\* \* \*

Verizon and Ericsson reserve the right to supplement or to modify this Section 282 Notice through and including the time of trial.

Dated: May 24, 2024                    By:   */s/ Katherine Q. Dominguez*
                                                         Josh A. Krevitt (NY Bar No. 2568228)
                                                         jkrevitt@gibsondunn.com
                                                         Katherine Q. Dominguez
                                                         (NY Bar No. 4741237)
                                                         kdominguez@gibsondunn.com
                                                         Brian A. Rosenthal (NY Bar No. 3961380)
                                                         brosenthal@gibsondunn.com
                                                         Sung Bin Lee (NY Bar No. 5701099)
                                                         slee3@gibsondunn.com
                                                         **GIBSON, DUNN & CRUTCHER LLP**
                                                         200 Park Avenue
                                                         New York, NY  10166-0193
                                                         Telephone:  212.351.4000
                                                         Facsimile:  212.351.4035

                                                         Jaysen S. Chung (CA Bar No. 280708)
                                                         jschung@gibsondunn.com
                                                         **GIBSON, DUNN & CRUTCHER LLP**
                                                         One Embarcadero Center, Suite 2600
                                                         San Francisco, CA 94111-3715
                                                         Telephone:  415.393.8271
                                                         Facsimile:  415.374.8405

                                                         Andrew W. Robb (CA Bar No. 291438)
                                                         arobb@gibsondunn.com
                                                         **GIBSON, DUNN & CRUTCHER LLP**
                                                         310 University Avenue
                                                         Palo Alto, CA 94301
                                                         Telephone:  650.849.5334
                                                         Facsimile:  650.849.5034

                                                         Ashbey N. Morgan (TX Bar No. 24106339)
                                                         anmorgan@gibsondunn.com
                                                         **GIBSON, DUNN & CRUTCHER LLP**
                                                         2001 Ross Avenue, Suite 2100
                                                         Dallas, TX 75201
                                                         Telephone:  214.698.3112
                                                         Facsimile:  214.571.2910

                                                         Michelle J. Zhu (D.C. Bar No. 90018810)
                                                         mzhu@gibsondunn.com
                                                         GIBSON, DUNN & CRUTCHER LLP
                                                         1050 Connecticut Avenue N.W.
                                                         Washington, D.C. 20036
                                                         Telephone: (202)777-9413

Facsimile: (202)831-6063

Deron R. Dacus (TX Bar No. 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Phone:  903.705.1117

*Attorneys for Verizon*

*/s/ Jeffrey S. Becker*
Douglas M. Kubehl (TX Bar No. 00796909)
Jeffery S. Becker (TX Bar No. 24069354)
Melissa L. Muenks (TX Bar No. 24097442)
**Baker Botts L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
doug.kubehl@bakerbotts.com
jeff.becker@bakerbotts.com
melissa.muenks@bakerbotts.com

*Attorneys for Ericsson*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, the foregoing was served upon all counsel of record who have consented to electronic service.

                                                    */s/ Katherine Q. Dominguez*
                                                    Katherine Q. Dominguez