**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD. § <br> § <br> § <br> v. § <br> § <br> CELLCO PARTNERSHIP d/b/a VERIZON § <br> WIRELESS, *et al* § | CASE NO. 2:22-cv-00394-JRG |

### ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during trial and deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

**So ORDERED and SIGNED this 30th day of May, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE