IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES LLC, VERIZON CORPORATE SERVICES GROUP INC., VERIZON DATA SERVICES LLC, and VERIZON ONLINE LLC, <br><br> Defendants, <br><br> ERICSSON INC., <br><br> Intervenor-Defendant. | C.A. No. 2:22-cv-394-JRG <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Michael Hawes is entering an appearance for Intervenor-Defendant, Ericsson Inc., in the above-numbered and entitled cause:

> Michael Hawes
> Texas State Bar No. 24010761
> michael.hawes@bakerbotts.com
> BAKER BOTTS L.L.P.
> One Shell Plaza
> 910 Louisiana
> Houston, Texas 77002-4995
> Telephone: (713) 229-1750
> Facsimile: (713) 229-7750

Mr. Hawes is admitted to the Eastern District of Texas.

Dated: May 31, 2024                                Respectfully submitted,

                                                /s/ *Michael Hawes*
                                                Michael Hawes
Texas State Bar No. 24010761
E-mail:  Michael.hawes@bakerbotts.com
**BAKER BOTTS L.L.P.**
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Tel.: (713) 229-1750
Fax: (713) 229-7750

Douglas M. Kubehl
Texas State Bar No. 00796909
E-mail:   doug.kubehl@bakerbotts.com
Jeffery S. Becker
Texas State Bar No. 24069354
E-mail:   jeff.becker@bakerbotts.com
Melissa L. Muenks
Texas State Bar No. 24097442
E-mail:   melissa.muenks@bakerbotts.com
Griffin R. Tolle
Texas State Bar No. 24115349
E-mail:   griffin.tolle@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile:  (214) 953-6503

*Attorneys for Intervenor Ericsson Inc.*

**CERTIFICATE OF SERVICE**

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/EMF system per Local Rule CV-5(a)(3) on the 31st day of May, 2024 any other counsel of record will be served via First Class Mail.

                                                          */s/ Michael Hawes*
                                                          Michael Hawes