## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:22-CV-00394-JRG |
| | § | |
| CELLCO PARTNERSHIP D/B/A | § | |
| VERIZON WIRELESS, VERIZON | § | |
| SERVICES CORP., VERIZON BUSINESS | § | |
| GLOBAL LLC, VERIZON BUSINESS | § | |
| NETWORK SERVICES LLC, VERIZON | § | |
| CORPORATE SERVICES GROUP INC., | § | |
| VERIZON DATA SERVICES LLC, and | § | |
| VERIZON ONLINE LLC, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| ERICSSON, INC., | § | |
| | § | |
| *Intervenor-Defendant.* | § | |

### ORDER

Before the Court is Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Business Global LLC, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, and Verizon Online LLC's ("Defendants") Unopposed Motion to Change Lead Attorney Designation (the "Motion").  (Dkt. No. 245.)  Having considered the Motion and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.  It is therefore **ORDERED** that Defendants are permitted to designate Mr. Josh Krevitt to serve as Lead Counsel in the above-captioned case.

No further changes in Lead Counsel will be permitted absent a showing of good cause.

**So Ordered this**

**Jun 18, 2024**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE