AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| General Access Solutions, Ltd. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:22-CV-00394-JRG |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Ericsson Inc.

Date: 06/21/2024

/s/ John D. Haynes
*Attorney's signature*

John D. Haynes G.A. Bar No. 340599
*Printed name and bar number*

Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
*Address*

john.haynes@alston.com
*E-mail address*

(404) 881-7000
*Telephone number*

(404) 881-7777
*FAX number*