IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00394-JRG |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS et al., | § § § § § | |
| Defendants. | § § | |
| ERICSSON, INC., | § § | |
| Intervenor-Defendant. | § § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Plaintiff," "GAS," or "General Access" refers to General Access Solutions, Ltd.

- "Verizon" or "Defendant" collectively refers to Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Business, Global LLC, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, and Verizon Online LLC.

- The "'931 Patent" refers to U.S. Patent No. 7,230,931.

- The "'794 Patent" refers to U.S. Patent No. 9,426,794.

- The "Asserted Patents" collectively refers to the '931 Patent and the '794 Patent.

- The "Asserted Claims" collectively refers to claims 28 and 29 of the '931 Patent and claims 1, 2, and 5 of the '794 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

# QUESTION NO. 1

Did Plaintiff General Access prove by a preponderance of the evidence that Verizon infringed ANY of the Asserted Claims of the following patents?

Answer "Yes" or "No" for **EACH** Asserted Patent listed below.

'931 Patent         Yes ✓          No _____

'794 Patent         Yes ✓          No _____

4

# **QUESTION NO. 2**

Did Verizon prove by clear and convincing evidence that the Asserted Claims of the Asserted Patents are invalid due to lack of written description and/or that they are not fully enabled?

For each Asserted Patent below, please answer "Yes" or "No."

Claims 28 and 29 of the '931 Patent       Yes _____       No __✓__

Claims 1, 2, and 5 of the '794 Patent       Yes _____       No __✓__

**Answer Question No. 3A ONLY as to the '931 Patent if you have found it to be BOTH infringed and not invalid—*i.e.*, ONLY if you answered "YES" in Question No. 1 AND "NO" in Question No. 2 for the '931 Patent.**

## QUESTION NO. 3A

What sum of money, if paid now in cash as a reasonable royalty, has General Access proven by a preponderance of the evidence would compensate General Access for its damages from Verizon's infringement of the **'931 Patent**?

Answer in United States Dollars and Cents, if any:

$ _583 MILLION_

**Answer Question No. 3B ONLY as to the '794 Patent if you have found it to be BOTH infringed and not invalid—*i.e.*, ONLY if you answered "YES" in Question No. 1 AND "NO" in Question No. 2 for the '794 Patent.**

## QUESTION NO. 3B

What sum of money, if paid now in cash as a reasonable royalty, has General Access proven by a preponderance of the evidence would compensate General Access for Verizon's infringement of the **'794 Patent**?

Answer in United States Dollars and Cents, if any:

$ _264 MILLION_

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back to the court room.

I certify that the jury unanimously concurs in every element of the above verdict.

Signed this 28th day of June, 2024.

Jury Foreperson: _____