IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00394-JRG |
| | § | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS *et al.*, | § | |
| | § | |
| *Defendants*, | § | |
| | § | |
| ERICSSON, INC., | § | |
| | § | |
| *Intervenor-Defendant*. | § | |

## ORDER

Before the Court is Defendants Cellco Partnership d/b/a Verizon Wireless's (collectively, "Defendants") Motion for Continuance (the "Motion"). (Dkt. No. 298.) In the Motion, Defendants ask the Court to continue the jury trial currently scheduled for December 6, 2024 until December 9, 2024, or, alternatively, until February 2025 or later. (*Id.* at 1-2.) The Court finds that the Motion should be and hereby is **DENIED**.

**So ORDERED and SIGNED this 11th day of October, 2024.**

                                                    RODNEY GILSTRAP
                                                    UNITED STATES DISTRICT JUDGE