IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:22-CV-00394-JRG |
| | § | |
| CELLCO PARTNERSHIP D/B/A | § | |
| VERIZON WIRELESS *et al.*, | § | |
| | § | |
| *Defendants*, | § | |
| | § | |
| ERICSSON, INC., | § | |
| | § | |
| *Intervenor-Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff General Access Solutions, Ltd. and Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., Verizon Business Global LLC, Verizon Business Network Services LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, and Verizon Online LLC (collectively, the "Parties"). (Dkt. No. 331.) In the Motion, the Parties state that they "have resolved Plaintiff's claims for relief against Verizon and Verizon's counterclaims for relief against Plaintiff asserted in this case," and therefore request that this Court "dismiss Plaintiff's claims for relief against Verizon with prejudice and Verizon's claims, defenses, or counterclaims for relief against Plaintiff without prejudice." (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims asserted by Plaintiff against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE** and all claims, counterclaims, and affirmative defenses asserted by Defendants against Plaintiff are

**DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 16th day of January, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE